UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA 04-323ML** **DATE: June 8, 2005**

**TITLE: JACQUELINE BOTTEGA v. WILLIAM HALSTEAD, ET AL**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Plaintiff: Justin Shay**
**Gregory Bellantone**

**Defendant: Frederick Lovejoy**

**Edgar Yacht: Norman Peloquin**

******************************************************************************

**Proceedings: Defendant's Motion to Dismiss**

**All counsel of record present. Court questions parties. Both sides argue. Court takes matter under advisement.**