UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JACQUELINE BOTTEGA

v.                                                                                  C.A. 04-323ML

WILLIAM B. HALSTEAD,
EDGAR YACHT MANAGEMENT, ICN.
AND LOLA MARINE LTD.

## ORDER

The Findings and Recommendation of United States Magistrate Judge David L. Martin filed on July 21, 2005 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The Motion to Dismiss is hereby GRANTED as to the claims against William B. Halstead and DENIED as to the claims against Lola Marine Ltd.

BY ORDER:

_____
Mary M. Lisi
U.S. District Judge
8/11, 2005

Entered as an Order of this Court on August 11, 2005

_____
Deputy Clerk