UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JACQUELINE BOTTEGA

v. C.A. 04-323ML

WILLIAM B. HALSTEAD,
EDGAR YACHT MANAGEMENT, ICN.
AND LOLA MARINE LTD.

ORDER

The Findings and Recommendation of United States Magistrate Judge David L. Martin filed on July 21, 2005 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The Motion to Dismiss is hereby GRANTED as to the claims against William B. Halstead and DENIED as to the claims against Lola Marine Ltd.

BY ORDER:

Mary M. Lisi
Mary M. Lisi
U.S. District Judge
8/11, 2005

Entered as an Order of this Court on August 11, 2005

Barbara Barletta
Deputy Clerk