CA 04-323 ML

# WAIVER OF SERVICE OF SUMMONS

TO: J.W. Kaempfer

I, acting for J.W. Kaempfer, acknowledge receipt of your request that I waive service of a summons in the action of Jacqueline Bottega v. Edgar Yacht Management Inc., and LOLA Marine Ltd. v. J.W. Kaempfer which is case number CA-04-323 (DLM) in the United States District Court for the District of Rhode Island. I have also received a copy of the amended complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after August 4, 2005 or within 90 days after that date if the request was sent outside the United States.

Date: October 4, 2005

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: Lawrence B. Brennan
**Signature**
**Printed/typed name:** Lawrence B. Brennan
**as** Attorney
**of** Third Party Defendant J.W. KAEMPFER
150 East 42nd Street
New York, New York 10017-5639
(212) 490-3000

2029621

CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on October 11, 2005, postage prepaid, to:

Justin T. Shay, Esq.
Cameron & Mittleman
56 Exchange Terrace
Providence, RI 02903

Gregory D. Bellantone, Esq.
Edelman, Krasin & Jaye, PLLC
Suite 210
One Old country Road
Carle Place, NY 11514

Norman A Peloquin, II, Esq.
16 Main Road, P.O. Box 65
Adamsville, RI 02801

Frederick A. Lovejoy