UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JACQUELINE BOTTEGA,
Plaintiff,

v.

WILLIAM B. HALSTEAD,
EDGAR YATCH MANAGEMENT, INC., and
LOLA MARINE LTD.,
Defendants,

LOLA MARINE, LTD.,
Third-Party Plaintiff,

v.

J.W. KAEMPFER
Third-Party Defendant.

CIVIL ACTION
No. 04-323ML

ENTRY OF APPEARANCE

Now comes Francis J. Flanagan, Esq. of Sayer Regan Thayer & Flanagan, and hereby enters his appearance on behalf of the Third-Party Defendant, J.W. Kaempfer.

**Dated: February 2, 2006**

J.W. Kaempfer,
By Their Attorneys

Francis J. Flanagan, Esq. (#4858)
Sayer Regan Thayer & Flanagan
130 Bellevue Avenue, Unit 2
Newport, Rhode Island 02840
(401) 849-3040

TO: Justin T. Shay
Charles S. Beal
CAMERON & MITTLEMAN, LLP
Attorneys for Plaintiff
JACQUELINE BOTTEGA
56 Exchange Terrace
Providence, RI 02903
(401)331-5700

Gregory D. Bellantone
EDLEMAN, KRASIN & JAYE, PLLC
Attorneys for Plaintiff
JACQUELINE BOTTEGA
One Old County Road
Suite 210
Carle Place, New York 11814
(516)742-9200

Frederick A. Lovejoy
LOVEJOY & ASSOCIATES
Attorneys for Defendant and
Third-Party Plaintiff
LOLA MARINE, LTD.
1536 Westminster Street
Providence, Rhode Island 02909
(401) 273-7747

Norman A. Peloquin, II, Esq.
SAUNDERS & SAUNDERS
Attorneys for Defendant
EDGAR YACHT MANAGEMENT, INC.
700 Pleasant Street
New Bedford, MA 02740
(508) 999-5400