UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

---------------------------------------------------------X
JACQUELINE BOTTEGA,
Plaintiff,

v.

EDGAR YACHT MANAGEMENT, INC., and
LOLA MARINE LTD.,
Defendants.
---------------------------------------------------------X
LOLA MARINE, LTD.,
Third-Party Plaintiff,

v.

J. W. KAEMPFER,
Third-Party Defendant
---------------------------------------------------------X

CIVIL ACTION
No. 04-323ML

February 9, 2006

LOLA MARINE, LTD.'S ANSWER TO J.W. KAEMPFER'S
COUNTERCLAIM AGAINST LOLA MARINE, LTD.

Defendant Lola Marine, Ltd., by and through its attorneys, Lovejoy & Associates, as and for its Answer to J.W. Kaempfer's Counterclaim against Lola Marine, Ltd., submits on information and belief, as follows:

1. Denies the allegations contained in the First Counterclaim.

2. Denies the allegations contained in the Second Counterclaim.

3. Denies the allegations contained in the Third Counterclaim.

AFFIRMATIVE DEFENSES

Lola Marine, Ltd. incorporates the following affirmative defenses into each and every paragraph contained in its Answer to the Cross-Claim:

First Affirmative Defense

The Cross-Claim must be dismissed for failure to state claims upon which relief can be granted.

Second Affirmative Defense

If plaintiff sustained any injuries, which is specifically denied, said injuries were caused or contributed by the acts or omissions of third parties for whom this defendant is not legally responsible, namely Lola Marine, Ltd., or their respective employees and agents, among others.

WHEREFORE, cross-claimant/defendant Lola Marine, Ltd. respectfully prays that:

1. Judgment enter in its favor dismissing the Amended Complaint herein, and awarding it its costs, disbursements and attorneys' fees;

2. In the alternative, judgment enter in its favor over and against third-party defendant J.W. Kaempfer for full indemnity to the extent of any liability of cross-claimant/defendant Lola Marine, Ltd. to plaintiff Jacqueline Bottega and/or for contribution, together with its costs, disbursements and attorneys' fees; and

3. Such other and further relief as this Honorable Court deems just, proper and equitable.

Dated: Providence, Rhode Island
February 9, 2006

Lovejoy & Associates
Attorneys for Defendant/Third-Party Plaintiff,
Lola Marine, Ltd.

By: ______________________
Frederick A. Lovejoy (Bar No. 5313)
1536 Westminster Street
Providence, Rhode Island 02909
(401) 273-7747
(401) 273-4818 telefax

BottegaAnswer4.doc

CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on February 9, 2006, postage prepaid, to:

Justin T. Shay, Esq.
Cameron & Mittleman
56 Exchange Terrace
Providence, RI 02903

Gregory D. Bellantone, Esq.
Edelman, Krasin & Jaye, PLLC
Suite 210
One Old country Road
Carle Place, NY 11514

Norman A Peloquin, II, Esq.
Saunders & Saunders, LLP
700 Pleasant Street
New Bedford, Massachusetts 02740

Lawrence Brennan, Esq.
Wilson Elser Moskowitz Edelman & Dicker
150 E 42nd Street Floor 19
New York, New York 10017-5639

Francis J. Flanagan, Esq.
Sayer Regan Thayer & Flanagan
130 Bellevue Avenue
Unit 2
Newport, Rhode Island 02840-7424

Frederick A. Lovejoy