**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

---------------------------------------------------------------------------X

**JACQUELINE BOTTEGA,**

**Plaintiff,**

**CIVIL ACTION**
**No. 04-323 (MML)(DLM)**

**v.**

**WILLIAM B. HALSTEAD,**
**EDGAR YACHT MANAGEMENT, INC., and**
**LOLA MARINE LTD.,**

**Defendants**

---------------------------------------------------------------------------X

**LOLA MARINE, LTD.,**

**Third-Party Plaintiff,**

**v.**

**J.W. KAEMPFER.**

**Third-Party Defendant.**

---------------------------------------------------------------------------X

# IMMEDIATE HEARING REQUESTED

## NOTICE OF MOTION BY THIRD-PARTY DEFENDANT J.W. KAEMPFER SEEKING A PROTECTIVE ORDER AND TO QUASH LOLA MARINE, LTD. 'S DISCOVERY DEMANDS

PLEASE TAKE NOTICE that upon the attached affidavit of Francis J. Flanagan, sworn to on February 24, 2006, and attached memorandum of law, THIRD-PARTY DEFENDANT, J.W. KAEMPFER will move this Court, Judge Mary M. Lisi, United States District Judge, of the United States District Court for the District of Rhode Island, One Exchange Terrace, Federal Building and Courthouse, Providence, RI 02903 immediately pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and Rule 9 and Rule 26 of the Local Rules of the District of Rhode Island, seeking an immediate hearing and protective order to quash the discovery

demands served by Defendant and Third-Party Plaintiff LOLA MARINE, LTD. because any response by KAEMPFER could inadvertently waive KAEMPFER's contractual right to proceed to arbitration with LOLA during the pending of the Court-ordered mediation. Alternatively, should the Court deem that responses are necessary, KAEMPFER will timely file responses without prejudice to its right to proceed to arbitration.

Dated: February 24, 2006
Newport, Rhode Island

Yours, etc.

By: ______________________

Francis J. Flanagan
Sayer Regan Thayer & Flanagan
Attorneys for Third-Party Defendant
J.W. KAEMPFER
130 Bellevue Avenue
Newport, Rhode Island 02840
Telephone : (401) 849-3040
Facsimile : (401) 849-4330

Lawrence B. Brennan
Christine A. Civitano
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
150 East 42nd Street
New York, New York 10017-5639
Telephone: (212) 490-3000
Facsimile: (212)490-3038

**CERTIFICATE OF SERVICE**

I hereby certify that I sent a true and accurate copy of the following: *THIRD-PARTY DEFENDANT J.W. KAEMPFER'S MOTION SEEKING AN IMMEDIATE HEARING AND PROTECTIVE ORDER TO QUASH LOLA MARINE, LTD.'S DISCOVERY DEMANDS* on behalf of *THIRD-PARTY DEFENDANT J.W. KAEMPFER* via Federal Express to the following:

Frederick A. Lovejoy
LOVEJOY & ASSOCIATES
Attorneys for Defendant and
Third-Party Plaintiff
LOLA MARINE, LTD.
1536 Westminster Street
Providence, Rhode Island 02909
(401) 273-7747

Justin T. Shay
Charles S. Beal
CAMERON & MITTLEMAN, LLP
Attorneys for Plaintiff
JACQUELINE BOTTEGA
56 Exchange Terrace
Providence, RI 02903
(401)331-5700

Gregory D. Bellantone
EDLEMAN, KRASIN & JAYE, PLLC
Attorneys for Plaintiff
JACQUELINE BOTTEGA
One Old County Road
Suite 210
Carle Place, New York 11814
(516)742-9200

Norman A. Peloquin, II, Esq.
SAUNDERS & SAUNDERS
Attorneys for Defendant
EDGAR YACHT MANAGEMENT, INC.
700 Pleasant Street
New Bedford, MA 02740
(508) 999-5400

Dated: February 24, 2006

Francis J. Flanagan