UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JACQUELINE BOTTEGA,<br>Plaintiff,<br>v.<br><br>WILLIAM B. HALSTEAD,<br>EDGAR YATCH MANAGEMENT, INC., and<br>LOLA MARINE LTD.,<br>Defendants,<br><br>LOLA MARINE, LTD.,<br>Third-Party Plaintiff,<br><br>v.<br><br>J.W. KAEMPFER<br>Third-Party Defendant. | CIVIL ACTION<br>No. 04-323ML |

**THIRD-PARTY DEFENDANT J.W. KAEMPFER'S ANSWER TO THE CROSS-CLAIM OF DEFENDANT EDGAR YACHT MANAGEMENT, INC.**

Third-Party Defendant, J.W. KAEMPFER (hereinafter referred to as "KAEMPFER") by and through its attorneys, SAYER, REGAN, THAYER & FLANAGAN as and for its Answer to the Cross-Claim of Defendant EDGAR YACHT MANAGEMENT, INC'S. (hereinafter referred to as "EDGAR") states the following on information and belief:

**[Cross-Claim]**

1. Third-Party Defendant, KAEMPFER, repeats and reiterates its responses, affirmative defenses and counter allegations contained in its Answer with Affirmative Defenses and Cross-Claim against EDGAR dated February 2, 2006 with the same force and effect as if set forth at length herein.

2. Third-Party Defendant, KAEMPFER, denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "2" of EDGAR's cross claim.

3. Third-Party Defendant, KAEMPFER, admits the allegations contained in paragraph "3" of EDGAR's cross claim.

4. Third-Party Defendant, KAEMPFER, admits the allegations contained in paragraph "4" of EDGAR's cross claim.

5. Third-Party Defendant, KAEMPFER, admits that Jacqueline Bottega was in the employ of Lola Marine, Ltd. and further notes that this Court has estopped Lola Marine, Ltd. from denying that fact. KAEMPFER further admits that the vessel, LOLA was owned, operated, and controlled by Lola Marine, Ltd. KAEMPFER denies each and every other allegation contained in paragraph "5"of EDGAR's cross claim.

6. Third-Party Defendant, KAEMPFER, denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "6" of EDGAR's cross claim.

7. Third-Party Defendant, KAEMPFER, denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "7" of EDGAR's cross claim.

8. Third-Party Defendant, KAEMPFER, denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "8" of EDGAR's cross claim.

9. Third-Party Defendant, KAEMPFER, denies the allegations contained in paragraph "9" of EDGAR's cross claim.

**WHEREFORE**, J.W. KAEMPFER prays for the following relief:

1. Ordering that Plaintiff, Third-Party Plaintiff and Defendant EDGAR YACHT MANAGEMENT, INC take nothing by way of the pleadings for the claims for relief alleged therein;

2. Dismissing with prejudice EDGAR YACHT MANAGEMENT, INC.,'s cross claim;

3. Declaring that KAEMPFER has no obligation with respect to any claims or parties included in the subject matter of or arising out of the within litigation or any other claims;

4. Awarding KAEMPFER costs and attorneys' fees incurred in this action to the full extent allowed by law; and

5. Awarding KAEMPFER such other and further relief as this Court deems just and proper.

Dated: March 14, 2006
Newport, Rhode Island

By: ______________________

Francis J. Flanagan, Esq.
Sayer, Regan, Thayer & Flanagan
Attorneys for Third-Party Defendant
J.W. KAEMPFER
130 Bellevue Avenue
Newport, Rhode Island 02840
Telephone: (401) 849-3040
Facsimile: (401) 849-4330

Lawrence B. Brennan, Esq.
Christine A. Civitano, Esq.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
Attorneys for Third-Party Defendant
J.W. KAEMPFER
150 East 42nd Street
New York, New York 10017-5639
Telephone: (212) 490-3000
Facsimile : (212)490-3038

**CERTIFICATE OF SERVICE**

I, Francis J. Flanagan, hereby certify that I sent a true and accurate copy of the following: *THIRD-PARTY DEFENDANT J.W. KAEMPFER'S ANSWER TO THE CROSS-CLAIM OF DEFENDANT EDGAR YACHT MANAGEMENT, INC. on behalf of THIRD-PARTY DEFENDANT J.W. KAEMPFER* via first class mail, postage pre-paid, to the following:

Norman A. Peloquin, II, Esq.
SAUNDERS & SAUNDERS
Attorneys for Defendant
EDGAR YACHT MANAGEMENT, INC.
700 Pleasant Street
New Bedford, MA 02740
(508) 999-5400

Frederick A. Lovejoy, Esq.
LOVEJOY & ASSOCIATES
Attorneys for Defendant and
Third-Party Plaintiff
LOLA MARINE, LTD.
1536 Westminster Street
Providence, Rhode Island 02909
(401) 273-7747

Justin T. Shay, Esq.
Charles S. Beal, Esq.
CAMERON & MITTLEMAN, LLP
Attorneys for Plaintiff
JACQUELINE BOTTEGA
56 Exchange Terrace
Providence, RI 02903
(401)331-5700

Gregory D. Bellantone, Esq.
EDLEMAN, KRASIN & JAYE, PLLC
Attorneys for Plaintiff
JACQUELINE BOTTEGA
One Old County Road
Suite 210
Carle Place, New York 11814
(516)742-9200

Dated: 14 MAR 06

F. J. Flanagan