FILED
MAY 26 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

---------------------------------------x
JAQUELINE BOTTEGA,

Plaintiff, :
:CIVIL ACTION NO:04-323 ML
-against-
:
WILLIAM B. HALSTEAD, EDGAR YACHT :
MANAGEMENT, INC., and LOLA MARINE,
LTD.,
Defendants. :
---------------------------------------x
LOLA MARINE, LTD,

Third Party Plaintiff,

-against-

J.W. KAEMPFER,

Third Party Defendant.
---------------------------------------x

Granted. Mary M. Lisi USDJ 5/30/06

**MOTION TO MODIFY THE DISCOVERY SCHEDULE ISSUED BY THE COURT BY ORDER OF THE COURT DATED JANUARY 30, 2006.**

Now come the plaintiff, Jaqueline Bottega, in the above entitled matter and, pursuant to Fed R. Civ. P. 6(b), moves this Honorable Court for an order modifying the Pre-Trial Order issued by the Court on January 30, 2006.

Plaintiff respectfully request that the Court extend the parties time to serve their expert disclosure pursuant to Rule 26 as follows: Plaintiffs to disclose her experts by September 1, 2006, and the defendants to serve their expert disclosure by October 1, 2006. Plaintiff also requests that all discovery be closed by November 15, 2006, and that all dispositive motions be filed by November 30, 2006.

Plaintiff makes this application because the parties had participated in two mediation sessions with the Honorable Robert W. Lovegreen, in an attempt to settle this matter, on March 9, 2006 and April 27, 2006 respectfully. Unfortunately, the parties were unable to reach an agreement, and no discovery was conducted during that time. This motion was discussed Judge Lovegreen and the attorneys for the defendants in this matter, and they agreed that extending the discovery deadlines was appropriate under the circumstances.

WHEREFORE, Plaintiffs respectfully request this Honorable Court enlarge the time within which the parties may complete discovery in this case.

Date: May 25, 2006
Carle Place, New York

EDELMAN, KRASIN & JAYE, PLLC
Attorneys for Plaintiff
By: Gregory D. Bellantone (JTS)
GREGORY D. BELLANTONE
New York Bar No. 2381101
One Old Country Road, Suite 210
Carle Place, New York 11514
(516) 742-9200

JUSTIN T. SHAY
Cameron & Mittleman, LLP
56 Exchange Terrace
Providence RI 02903
(401) 331-5700

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of May, 2006, a true copy of the within was sent, via first-class mail, postage prepaid, to the following:

Frederick A. Lovejoy, Esq.
Lovejoy & Associates
1536 Westminster Street
Providence, RI 02909

Norman A. Peloguin, II, Esq.
16 Main Road
P.O. Box 65
Adamsville, RI 02801

Paul Edelman, Esq.
Gregory D. Bellantone, Esq.
Edelman, Krasin & Jaye, PLLC
One Old Country Road, Suite 210
Carle Place, NY 11514

Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
Attorneys for Third-Party Defendant, J.W. Kaempfer
150 East 42nd Street
New York, NY 10017

Sayer, Regan, Thayer & Flanagan
130 Bellevue Avenue
Newport, RI 02840