UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JACQUELINE BOTTEGA, Plaintiff, v. WILLIAM B. HALSTEAD, EDGAR YATCH MANAGEMENT, INC., and LOLA MARINE LTD., Defendants, LOLA MARINE, LTD., Third-Party Plaintiff, v. J.W. KAEMPFER Third-Party Defendant. | CIVIL ACTION No. 04-323ML |

# NOTICE OF ~~ORDER~~ MOOTNESS

Now comes Third Party Defendant J. W. Kaempfer, by and through his attorney, Francis J. Flanagan, Esq. of Sayer Regan Thayer & Flanagan, and hereby states that on March 3rd, 2006 the parties appeared in United States District Courtroom B Room 260 before U.S. Magistrate Judge Martin. Third Party Defendant J. W. Kaemfper did not go forward upon their Motions and the parties agreed to continue to seek resolution through Court ordered mediation. Based on the above the Court rules that J.W. Kaempfer's motion for a Protective Order (Doc. #67) is moot.

~~APPROVED:~~

David L Martin
JUSTICE USMJ
7-27-06

ENTERED:

Martha Sawall
CLERK