UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

---------------------------------------------------------X

JACQUELINE BOTTEGA,
Plaintiff,

v.

EDGAR YACHT MANAGEMENT, INC., and
LOLA MARINE LTD.,
Defendants.

CIVIL ACTION
No. 04-323ML

July 31, 2006

---------------------------------------------------------X

LOLA MARINE, LTD.,
Third-Party Plaintiff,

v.

J. W. KAEMPFER,
Third-Party Defendant.

---------------------------------------------------------X

DEFENDANT/THIRD-PARTY PLAINTIFF LOLA MARINE, LTD.'S MOTION, ON CONSENT, FOR EXTENSION OF TIME TO SERVE RESPONSES TO PLAINTIFF JACQUELINE BOTTEGA'S REQUEST FOR PRODUCTION AND INTERROGATORIES

Now comes defendant/third-party plaintiff LOLA Marine, Ltd. and moves this Court, on consent, for an extension to and including August 31, 2006, in which to serve it's responses to plaintiff's First Request for Production of Documents and First Set of Interrogatories.

1. That the undersigned has spoken with counsel for plaintiff Jacqueline Bottega, Gregory D. Bellantone, Esq., who consents to the requested extension.

2. That the defendant/third-party plaintiff is a wound up corporation, which is no longer conducting any active business activities and has not conducted any business activities since 2002.

3. That if any of the documents that the plaintiff Jacqueline Bottega requests remain in existence, a search must be conducted to determine if they are in storage and/or were provided to the new owner of the S/V LOLA when she was sold in 2002.

4. That the former shareholders of LOLA Marine, Ltd. are presently in the process of moving their home and the additional time is necessary for them to determine if any documents requested remain in existence and to attempt to determine adequate responses/answers to plaintiff Jacqueline Bottega's Interrogatories.

5. That this motion is not being made for the purpose of harassment or delay.

Dated: Providence, Rhode Island
July 31, 2006

Lovejoy & Associates
Attorneys for Defendant,
Lola Marine, Ltd.

By: ______________________
Frederick A. Lovejoy (Bar No. 5313)
1536 Westminster Street
Providence, Rhode Island 02909
(401) 273-7747
(401) 273-4818 telefax

BottegaMotion072706.doc

CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on July 31, 2006, postage prepaid, to:

Justin T. Shay, Esq.
Cameron & Mittleman
56 Exchange Terrace
Providence, RI 02903

Gregory D. Bellantone, Esq.
Edelman, Krasin & Jaye, PLLC
Suite 210
One Old country Road
Carle Place, NY 11514

Norman A Peloquin, II, Esq.
Saunders & Saunders, LLP
700 Pleasant Street
New Bedford, Massachusetts 02740

Francis J. Flanagan, Esq.
Sayer Regan Thayer & Flanagan
130 Bellevue Avenue
Unit 2
Newport, Rhode Island 02840-7424

Frederick A. Lovejoy