UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAQUELINE BOTTEGA,<br>Plaintiff<br><br>v.<br><br>WILLIAM B. HALSTEAD, EDGAR YACHT MANAGEMENT, INC. and LOLA MARINE LTD.,<br>Defendants | : | C.A. No. 04-323ML |
| LOLA MARINE, LTD,<br>Third Party Plaintiff,<br><br>v.<br><br>J.W. KAEMPFER,<br>Third Party Defendant | : | |

**MOTION TO EXTEND TIME TO COMPLETE DISCOVERY**

Now come the plaintiff, Jaqueline Bottega, in the above entitled matter and, pursuant to Fed R. Civ. P. 6(b), moves this Honorable Court for an order modifying the Pre-Trial Order issued by the Court on January 30, 2006.

Plaintiff respectfully requests that the Court extend the parties time to serve their expert disclosure pursuant to Rule 26 as follows: Plaintiffs to disclose her experts by September 22, 2006, and the defendants to serve their expert disclosure by October 22, 2006. Plaintiff also requests that all discovery be closed by November 22, 2006, and that all dispositive motions be filed by December 15, 2006.

Plaintiff makes this application because the parties had participated in two mediation sessions with the Honorable Robert W. Lovegreen, in an attempt to settle this matter, on March 9, 2006 and April 27, 2006 respectfully. Unfortunately, the parties were unable to reach

an agreement, and no discovery was conducted during that time. The parities have been engaging in documentary discovery and anticipate that the depositions of all the parties will be completed during the month of September.

WHEREFORE, Plaintiffs respectfully request this Honorable Court enlarge the time within which the parties may complete discovery in this case.

Date: August 24, 2006

Carle Place, New York

EDELMAN, KRASIN & JAYE, PLLC
Attorneys for Plaintiff

By: /S/ Gregory D. Bellantone
GREGORY D. BELLANTONE
New York Bar No. 2381101
One Old Country Road, Suite 210
Carle Place, New York 11514
(516) 742-9200

/S/ Justin T. Shay____________
JUSTIN T. SHAY #2781
Cameron & Mittleman, LLP
56 Exchange Terrace
Providence RI 02903
(401) 331-5700

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of August, 2006, a true copy of the within was sent, via e-mail, to the following:

Frederick A. Lovejoy, Esquire
Lovejoy & Associates
Attorneys for Defendant, Lola Marine
1536 Westminster Street
Providence, RI 02909
*lovejoyadm@aol.com*

Norman Peloquin, Esquire
Saunders & Saunders, LLP
Attorneys for Defendant Edgar Yacht M
Management
P.O. Box 65
Adamsville, RI 02801
*peloquin@sealaw.net*

Lawrence B. Brennan, Esq.
Wilson, Elser, Moskowitz, Edelman &
Dicker, LLP; Attorneys for Third Party
Defendant, J.W. Kaempfer
150 East 42nd Street
New York, New York 10017
*brennanl@wemed.com*

Francis J. Flanagan, Esq.
Sayer, Regan Thayer & Flanagan
130 Bellevue Avenue
Newport, RI 02840
*fflanagan@srt-law.com*

/S/ Justin T. Shay, Esquire

G:\cmc\Bottega\pldgs\Motion to extend time to complete discovery.doc