UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

---------------------------------------------------------X
JACQUELINE BOTTEGA,
Plaintiff,

v.

EDGAR YACHT MANAGEMENT, INC., and
LOLA MARINE LTD.,
Defendants.
---------------------------------------------------------X
LOLA MARINE, LTD.,
Third-Party Plaintiff,
v.

J. W. KAEMPFER,
Third-Party Defendant.
---------------------------------------------------------X

CIVIL ACTION
No. 04-323ML

October 23, 2006

DEFENDANT/THIRD-PARTY PLAINTIFF LOLA MARINE, LTD.'S MOTION FOR EXTENSION OF TIME ON CONSENT OF ALL PARTIES TO DISCLOSE EXPERT WITNESS(ES)

Now comes defendant/third-party plaintiff LOLA Marine, Ltd. and moves this Court, on consent, for an extension to and including December 22, 2006, in which to disclose its expert witnesses and states as follows:

1. That the parties have diligently been exchanging numerous paper discovery requests in this matter served amongst the four parties to this action.

2. That the deposition of plaintiff Jacqueline Bottega has been scheduled on two occasions but had to be postponed at plaintiff's request, the last time being October 20, 2006 because of a personal family matter of plaintiff Jacqueline Bottega.

3. That in place of plaintiff Jacqueline Bottega's deposition being taken on October 20, 2006, the deposition of defendant Robert Edgar was moved up and taken on October 20, 2006.

4. That the third-party defendant J.W. Kaempfer's deposition has been scheduled for November 19, 2006, the first time that he will be available for his deposition in the United States.

5. That plaintiff Jacqueline Bottega's deposition has been rescheduled for November 20, 2006.

6. That while defendant/third-party plaintiff LOLA Marine, Ltd. has provided limited information to its expert witnesses, the expert witnesses have advised that they require some concrete information; i.e., deposition testimony; i.e., deposition transcripts, on which to form and render an expert opinion in this case.

7. The first such transcript will become available about November 7, 2006; i.e., that of Captain Robert Edgar.

8. That Mr. Kaempfer and Ms. Bottega's deposition transcripts will not be available until November 30 – December 5, 2006.

9. That the depositions of both Captain Edgar and Mr. Kaempfer could not be taken earlier because both parties have not been or would not be in the United States until recently.

10. That there remains some documentation that the parties are awaiting from plaintiff Jacqueline Bottega.

11. That this is the first request for an extension of time concerning the scheduling order made by defendant/third-party plaintiff LOLA Marine, Ltd.

12. That the plaintiff Jacqueline Bottega has sought and been granted two extensions of time concerning the scheduling order based on plaintiff's or her counsel's needs (See: Docket No.s: 71, 72, 76 and 77).

13. That this short extension of time is not sought for purposes of delay or harassment.

14. That this request is made so that the experts to be disclosed by defendant/third-party plaintiff LOLA Marine, Ltd. have adequate information/facts in order to comply with the duties imposed on expert witnesses pursuant to Fed. R. Civ. P., Rule 26(a)(2)(B).

Dated: Providence, Rhode Island
October 23, 2006

Lovejoy & Associates
Attorneys for Defendant,
Lola Marine, Ltd.

By:/S/ Frederick A. Lovejoy

Frederick A. Lovejoy (Bar No. 5313)
1536 Westminster Street
Providence, Rhode Island 02909
(401) 273-7747
(401) 273-4818 telefax

SO ORDERED:

______________________
U.S. D.J.

CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on October 23, 2006, postage prepaid, to:

Justin T. Shay, Esq.
Cameron & Mittleman
56 Exchange Terrace
Providence, RI 02903

Gregory D. Bellantone, Esq.
Edelman, Krasin & Jaye, PLLC
Suite 210
One Old country Road
Carle Place, NY 11514

Norman A Peloquin, II, Esq.
Saunders & Saunders, LLP
700 Pleasant Street
New Bedford, Massachusetts 02740

Francis J. Flanagan, Esq.
Sayer Regan Thayer & Flanagan
130 Bellevue Avenue
Unit 2
Newport, Rhode Island 02840-7424

/S/ Frederick A. Lovejoy
Frederick A. Lovejoy