UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAQUELINE BOTTEGA,<br>Plaintiff<br><br>v.<br><br>WILLIAM B. HALSTEAD, EDGAR YACHT MANAGEMENT, INC., and LOLA MARINE LTD.,<br>Defendants | C.A. No. 04-323ML |
| LOLA MARINE, LTD,<br>Third Party Plaintiff,<br><br>v.<br><br>J.W. KAEMPFER,<br>Third Party Defendant. | |

**MOTION ON CONSENT OF ALL PARTIES TO MODIFY THE DISCOVERY SCHEDULE**

Now comes the Plaintiff, Jaqueline Bottega, in the above entitled matter and, pursuant to Fed R. Civ. P. 6(b), moves this Honorable Court for an order modifying the Pre-Trial Order issued by the Court. Plaintiff respectfully requests that the Court extend the parties' time to serve their expert disclosures pursuant to Rule 26 as follows: Plaintiffs to disclose her experts by March 7, 2007, and the Defendants to serve their expert disclosure by April 6, 2007. Plaintiff also requests that all discovery be closed by May 1, 2007, and that all dispositive motions be filed by May 15, 2007.

Plaintiff makes this application because the parties had participated in two mediation sessions with the Honorable Robert W. Lovegreen, in an attempt to settle this matter, on March 9, 2006 and April 27, 2006, respectively. Unfortunately, the parties were unable to reach

an agreement, and no discovery was conducted during that time. The parities have been engaging in factual discovery. The depositions of the Plaintiff, Defendant, Edgar Yacht Management, Inc., and Third-Party Defendant, J.W. Kaempfer, have recently been completed. Counsel has spoken to Mr. Lovejoy regarding the scheduling of the deposition of his client, Lola Marine Ltd. It is anticipated that the deposition of the last remaining Defendant, Lola Marine, Ltd., will be completed this month.

WHEREFORE, Plaintiff, with the consent of all of the Defendants in this action, respectfully requests this Honorable Court enlarge the time within which the parties may complete discovery in this case.

JAQUELINE BOTTEGA

By Her Attorneys,

/s/ Gregory D. Bellantone, Esq.
Gregory D. Bellantone, Esq.
Edelman, Krasin & Jaye, PLLC
New York Bar No. 2381101
One Old Country Road, Suite 210
Carle Place, New York 11514
(516) 742-9200

Date: February 5, 2007

/s/ Justin T. Shay, Esq.
Justin T. Shay (#2781)
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, Rhode Island 02903
Tel. (401) 331-5700

Date: February 5, 2007

# CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February, 2007, a true copy of the within was sent to the following as indicated below:

VIA ELECTRONIC TRANSMISSION
Frederick A. Lovejoy, Esq.
Lovejoy & Associates
1536 Westminster Street
Providence, RI 02909

VIA ELECTRONIC TRANSMISSION
Norman Peloquin, Esq.
Saunders & Saunders, LLP
16 Main Road
P.O. Box 65
Adamsville, RI 02801

VIA FIRST-CLASS MAIL
Lawrence B. Brennan, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
150 East 42nd Street
New York, New York 10017

VIA FIRST-CLASS MAIL
Francis J. Flanagan, Esq.
Sayer, Regan, Thayer & Flanagan
130 Bellevue Avenue
Newport, RI 02840

/s/ Justin T. Shay, Esq.

G:\cmc\Bottega\pldgs\moextend.doc