**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

---------------------------------------------------------------------------X

**JACQUELINE BOTTEGA,**

**Plaintiff,**

**CIVIL ACTION**
**No. 04-323 (MML)(DLM)**

**v.**

**WILLIAM B. HALSTEAD,**
**EDGAR YACHT MANAGEMENT, INC., and**
**LOLA MARINE LTD.,**

**Defendants**

---------------------------------------------------------------------------X

**LOLA MARINE, LTD.,**

**Third-Party Plaintiff,**

**v.**

**J.W. KAEMPFER.**

**Third-Party Defendant.**

---------------------------------------------------------------------------X

**CONSENT MOTION TO EXTEND PRE-TRIAL ORDER DATES**

NOW COMES, Third-Party Defendant, J.W. KAEMPFER, by and through his attorney SAYER, REGAN, THAYER & FLANAGAN, and on consent of all parties jointly moves this Court pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure for an extension of time of the dates set forth in the Court's January 30, 2006 Pretrial Order as follows:

1. Fed.R.Civ.P. 6 authorizes the Court to grant an enlargement of time "for cause shown". There are multiple reasons why the Court should exercise its discretion and grant the joint request for the extension of the discovery cutoff and all relevant dates.

2. The parties have exchanged numerous paper discovery requests in this matter amongst the parties to this action.

3. The deposition of Robert Edgar was held on October 20, 2006 and transcripts have been made available.

4. The deposition of Plaintiff, Jacqueline Bottega, was held on January 17, 2007.

5. The deposition of Third-Party Defendant, J.W. Kaempfer, was held on January 23, 2007.

6. The deposition transcripts of Plaintiff and Third-Party Defendant were only received on February 1, 2007.

7. During the course of discovery, additional witnesses have been identified and it appears that the parties may want to depose these new non-party witnesses.

8. The additional discovery may narrow the parties' disputes and minimize trial time since some of the depositions will be taken *de bene esse* and will be offered in lieu of live trial testimony.

9. Based on the above dates, the parties respectfully request that all corresponding dates in the Court's Pre-trial Order be changed.

10. The parties propose that all discovery will close by August 17, 2007.

11. Defendants shall make its expert witness disclosures as required by F.R.Civ. P. 26(a)(2) by May 18, 2007.

12. Dispositive motions shall be filed September 19, 2007.

13. This is the first request for an extension of time concerning the scheduling order by Third-Party Defendant, J.W. Kaempfer.

14. Defendant/Third-Party Plaintiff, LOLA Marine, Ltd. has sought and obtained one extension of time concerning the scheduling order and had been granted that extension.

15. That Plaintiff Jacqueline Bottega has sought and been granted two extensions of time concerning the scheduling order.

16. This request is made in good faith and without any intent to delay these proceedings.

Dated: February 6, 2007
Newport, Rhode Island

Respectfully submitted,

By: ______________________
Francis J. Flanagan, Esq.
Sayer, Regan, Thayer & Flanagan LLP
Attorneys for Third-Party Defendant
J.W. KAEMPFER
130 Bellevue Avenue
Newport, Rhode Island 02840
Telephone : (401) 849-3040
Facsimile : (401) 849-4330

Lawrence B. Brennan
Christine A. Civitano
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
150 East 42nd Street
New York, New York 10017-5639
Telephone: (212) 490-3000
Facsimile: (212)490-3038

SO ORDERED:

______________________
Mary M. Lisi
United States District Judge

**CERTIFICATE OF SERVICE**

I, Allison Hervola hereby certify that I mailed *CONSENT MOTION TO EXTEND PRE-TRIAL ORDER DATES* to the following:

Frederick A. Lovejoy
LOVEJOY & ASSOCIATES
Attorneys for Defendant and
Third-Party Plaintiff
LOLA MARINE, LTD.
1536 Westminster Street
Providence, Rhode Island 02909
(401) 273-7747

Justin T. Shay
Charles S. Beal
CAMERON & MITTLEMAN, LLP
Attorneys for Plaintiff
JACQUELINE BOTTEGA
56 Exchange Terrace
Providence, RI 02903
(401)331-5700

Gregory D. Bellantone
EDLEMAN, KRASIN & JAYE, PLLC
Attorneys for Plaintiff
JACQUELINE BOTTEGA
One Old County Road
Suite 210
Carle Place, New York 11814
(516)742-9200

Norman A. Peloquin, II, Esq.
SAUNDERS & SAUNDERS
Attorneys for Defendant
EDGAR YACHT MANAGEMENT, INC.
700 Pleasant Street
New Bedford, MA 02740
(508) 999-5400

Dated: 2/6/06

[signature]
Notary Public
exp. 11/7/09



2669563.1