**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

---------------------------------------------------------------------------X

**JACQUELINE BOTTEGA,**

**Plaintiff,**

**CIVIL ACTION**
**No. 04-323 (MML)(DLM)**

**v.**

**WILLIAM B. HALSTEAD,**
**EDGAR YACHT MANAGEMENT, INC., and**
**LOLA MARINE LTD.,**

**Defendants**

---------------------------------------------------------------------------X

**LOLA MARINE, LTD.,**

**Third-Party Plaintiff,**

**v.**

**J.W. KAEMPFER.**

**Third-Party Defendant.**

---------------------------------------------------------------------------X

**NOTICE OF MOTION IN *LIMINE* BY**
**THIRD-PARTY DEFENDANT J.W.KAEMPFER**
**SEEKINGTO PRECLUDE THIRD-PARTY PLAINTIFF FROM CALLING**
**ANY EXPERTS AS WELL AS FACTUAL WITNESSES**

PLEASE TAKE NOTICE that upon the attached memorandum of law, THIRD-PARTY DEFENDANT, J.W. KAEMPFER will move this Court, Judge Mary M. Lisi, United States District Judge of the United States District Court for the District of Rhode Island, One Exchange Terrace, Federal Building and Courthouse, Providence, RI 02903 pursuant to Rule 37(c) of the Federal Rules of Civil Procedure and Rules 7 and Rule 39.3 of the Local Rules of the District of Rhode Island, seeking to preclude Third-Party Plaintiff from calling any experts as well as factual witnesses from testifying at trial because these witnesses were never identified in Third-

Party Plaintiff's Rule 26(a). Accordingly, these witnesses should be precluded from testifying because of Third-Party Plaintiff's failure to disclose.

Dated: February 20, 2007
Newport, Rhode Island

Yours, etc.

/s/ Francis J. Flanagan
Sayer, Regan, Thayer & Flanagan
Attorneys for Third-Party Defendant
J.W. KAEMPFER
130 Bellevue Avenue
Newport, Rhode Island 02840
Telephone : (401) 849-3040
Facsimile : (401) 849-4330

Lawrence B. Brennan
Christine A. Civitano
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
150 East 42nd Street
New York, New York 10017-5639
Telephone: (212) 490-3000
Facsimile: (212)490-3038

**CERTIFICATE OF SERVICE**

I, Francis J. Flanagan, Esq. hereby certify that on the 20th day of February, 2007, I caused a copy of the within *THIRD-PARTY DEFENDANT J.W. KAEMPFER'S NOTICE OF MOTION IN LIMINE* to be served the following:

Frederick A. Lovejoy
LOVEJOY & ASSOCIATES
Attorneys for Defendant and
Third-Party Plaintiff
LOLA MARINE, LTD.
1536 Westminster Street
Providence, Rhode Island 02909
(401) 273-7747

Justin T. Shay
Charles S. Beal
CAMERON & MITTLEMAN, LLP
Attorneys for Plaintiff
JACQUELINE BOTTEGA
56 Exchange Terrace
Providence, RI 02903
(401)331-5700

Gregory D. Bellantone
EDLEMAN, KRASIN & JAYE, PLLC
Attorneys for Plaintiff
JACQUELINE BOTTEGA
One Old County Road
Suite 210
Carle Place, New York 11814
(516)742-9200

Norman A. Peloquin, II, Esq.
SAUNDERS & SAUNDERS
Attorneys for Defendant
EDGAR YACHT MANAGEMENT, INC.
700 Pleasant Street
New Bedford, MA 02740
(508) 999-5400

/s/ FRANCIS J. FLANAGAN



2686135.1