**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

------------------------------------------------------------------------X

**JACQUELINE BOTTEGA,**

**Plaintiff,** **CIVIL ACTION**
**No. 04-323 (MML)(DLM)**

**v.**

**WILLIAM B. HALSTEAD,**
**EDGAR YACHT MANAGEMENT, INC., and**
**LOLA MARINE LTD.,**

**Defendants**

------------------------------------------------------------------------X

**LOLA MARINE, LTD.,**

**Third-Party Plaintiff,**

**v.**

**J.W. KAEMPFER.**

**Third-Party Defendant.**

------------------------------------------------------------------------X

**THIRD-PARTY DEFENDANT J.W. KAEMPFER'S NOTICE OFMOTION TO DISMISS FOR JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE NOTICE OF MOTION FOR SUMMARY JUDGMENT ON THE GROUNDS THAT THE PLAINTIFF AND THIRD-PARTY PLAINTIFF'S COMPLAINTS ASSERTING JONES ACT AND UNSEAWORTHINESS CAUSES OF ACTION ARE BARRED BY THE STATUTE OF LIMITATION**

PLEASE TAKE NOTICE that upon the attached memorandum of law, THIRD-PARTY DEFENDANT, J.W. KAEMPFER will move this Court, Judge Mary M. Lisi, United States District Judge of the United States District Court for the District of Rhode Island, One Exchange Terrace, Federal Building and Courthouse, Providence, RI 02903 pursuant to Rules 12(c) and 56 of the Federal Rules of Civil Procedure and Rules 7 and 56 of the Local Rules of the District of

Rhode Island, seeking to dismiss for judgment on the pleadings, or in the alternative, motion for summary judgment on the ground that Plaintiff, JACQUELINE BOTTEGA (hereinafter "BOTTEGA"), and Third-Party Plaintiff's, LOLA MARINE, LTD. (hereinafter "LOLA MARINE"), Complaint and Third-Party Complaint asserting Jones Act and Unseaworthiness causes of action against Third-Party Defendant are time barred.

Dated: February 20, 2007
Newport, Rhode Island

Yours, etc.

By: ______________________

/s/Francis J. Flanagan, Esq.
Sayer, Regan, Thayer & Flanagan
Attorneys for Third-Party Defendant
J.W. KAEMPFER
130 Bellevue Avenue
Newport, Rhode Island 02840
Telephone : (401) 849-3040
Facsimile : (401) 849-4330

Lawrence B. Brennan
Christine A. Civitano
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
150 East 42nd Street
New York, New York 10017-5639
Telephone: (212) 490-3000
Facsimile: (212)490-3038

## CERTIFICATE OF SERVICE

I, Francis J. Flanagan, hereby certify that I filed *THIRD-PARTY DEFENDANT J.W. KAEMPFER'S NOTICE OF MOTION TO DISMISS FOR JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE NOTICE OF MOTION FOR SUMMARY JUDGMENT* pursuant to the Court's ECF filing system which will send notice of the above to the following:

Frederick A. Lovejoy
LOVEJOY & ASSOCIATES
Attorneys for Defendant and
Third-Party Plaintiff
LOLA MARINE, LTD.
1536 Westminster Street
Providence, Rhode Island 02909
(401) 273-7747

Justin T. Shay
Charles S. Beal
CAMERON & MITTLEMAN, LLP
Attorneys for Plaintiff
JACQUELINE BOTTEGA
56 Exchange Terrace
Providence, RI 02903
(401)331-5700

Gregory D. Bellantone
EDLEMAN, KRASIN & JAYE, PLLC
Attorneys for Plaintiff
JACQUELINE BOTTEGA
One Old County Road
Suite 210
Carle Place, New York 11814
(516)742-9200

Norman A. Peloquin, II, Esq.
SAUNDERS & SAUNDERS
Attorneys for Defendant
EDGAR YACHT MANAGEMENT, INC.
700 Pleasant Street
New Bedford, MA 02740
(508) 999-5400

/s/Francis J. Flanagan, Esq.