**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

----------------------------------------------------------------------X

**JACQUELINE BOTTEGA,**

**Plaintiff,**

**CIVIL ACTION**
**No. 04-323 (MML)(DLM)**

**v.**

**WILLIAM B. HALSTEAD,**
**EDGAR YACHT MANAGEMENT, INC., and**
**LOLA MARINE LTD.**

**Defendants**

----------------------------------------------------------------------X

**LOLA MARINE, LTD.,**

**Third-Party Plaintiff,**

**v.**

**J.W. KAEMPFER.**

**Third-Party Defendant.**

----------------------------------------------------------------------X

**MOTION FOR ADMISSION PRO HAC VICE**

Third-Party Defendant **J.W. KAEMPFER** hereby moves that Lawrence B. Brennan be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

/s/Francis J. Flanagan, Esq.
Sayer, Regan, Thayer & Flanagan
Attorneys for Third-Party Defendant
J.W. KAEMPFER
130 Bellevue Avenue
Newport, Rhode Island 02840
Telephone : (401) 849-3040
Facsimile : (401) 849-4330

**ATTORNEY CERTIFICATION FOR PRO HAC VICE ADMISSION**

I, Lawrence B, Brennan, certify as follows:

(1) I am a member in good standing of the bar of the State of New York and the following District Court and or Court of Appeal, the Supreme Court of the United States, the United States Courts of Appeals for the Second, Third, Ninth, and Eleventh Circuits, the United States Court of Appeals for the Armed Forces, the United States Claims Court, the United States District Courts for the Southern, Eastern and Northern Districts of New York, the United States District Court for the Southern District of Texas, the United States District Court for the Northern District of California. Also, I have been admitted *pro hac vice* in a number of other federal courts and in the Supreme Court of the Republic of Palau. I remain a member in good standing of the Bars set forth above.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there is no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice status revoked* by any court.

(3) I have never been convicted of any crime.

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read and acknowledged, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For the purposes of this case, I have associated with local counsel identified below, and have read, acknowledged, and will observe the requirements of this Court respecting

the participation of local counsel, as set forth in LR Gen 204, recognizing that failure to do so may result in my being disqualified either upon the Court's motion to motion of other parties in the case.

/s/ Lawrence B. Brennan
Lawrence B. Brennan (LB4078)
*Pro Hac Vice* Applicant
Wilson Elser Moskowitz
Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017
(t) 212-490-3000
(f) 212-490-3038

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR 204 in its entirety as it relates to the participation and responsibilities of local counsel.

/s/Francis J. Flanagan, Esq.
Sayer, Regan, Thayer & Flanagan
Attorneys for Third-Party Defendant
J.W. KAEMPFER
130 Bellevue Avenue
Newport, Rhode Island 02840
Telephone : (401) 849-3040
Facsimile : (401) 849-4330

**ORDER**

This motion is hereby________________________

______________________
District Judge

Date: