UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAQUELINE BOTTEGA,<br>Plaintiff<br><br>v.<br><br>WILLIAM B. HALSTEAD, EDGAR YACHT MANAGEMENT, INC., and LOLA MARINE LTD.,<br>Defendants | C.A. No. 04-323ML |
| LOLA MARINE, LTD,<br>Third Party Plaintiff,<br><br>v.<br><br>J.W. KAEMPFER,<br>Third Party Defendant. | |

**MOTION OF PLAINTIFF TO ENLARGE TIME WITHIN WHICH TO OBJECT TO PENDING MOTIONS AND TO SUBMIT LISTS PER PRE-TRIAL SCHEDULING ORDER AND TRIAL NOTICE**

Now comes the Plaintiff, Jaqueline Bottega, in the above entitled matter ("Plaintiff") and, pursuant to *Fed R. Civ. P.* 6(b), moves this Honorable Court for an Order enlarging the time within which she may file her objections to pending motions and submit required lists pursuant to this Court's Pre-Trial Scheduling Order and Trial Notice, both entered on February 5, 2007 (the "Orders"). Plaintiff requests an extension to and including March 2, 2007. As grounds therefor, Plaintiff states that lead counsel was away on vacation during the week of February 18, 2007 and was expected to return to his office on Monday, February 26, 2007. Due to the severe inclement weather across the country, counsel's flight was cancelled. The earliest he is expected to be able to return to his office is the afternoon of February 27, 2007. Accordingly, additional

time is necessary to complete these tasks. Plaintiff further states that the time for filing objections and submitting required lists pursuant to the Orders has not expired as of the date of this Motion. *See* Rule 6(b), *Fed. R. Civ. P.*

WHEREFORE, Plaintiff, respectfully prays this Honorable Court enlarge the time within which she may file objections to pending motions and submit required lists to and including March 2, 2007.

**Pursuant to Local Rule CV7, no separate Memorandum of Law need be filed with this Motion.**

JAQUELINE BOTTEGA

By Her Attorneys,

/s/ Gregory D. Bellantone

Gregory D. Bellantone, Esq.
Edelman, Krasin & Jaye, PLLC
New York Bar No. 2381101
One Old Country Road, Suite 210
Carle Place, New York 11514
(516) 742-9200

/s/ Justin T. Shay

Justin T. Shay (#2781)
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, Rhode Island 02903
Tel. (401) 331-5700

Date: February 26, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of February, 2007, a true copy of the within was sent to the following as indicated below:

VIA ELECTRONIC TRANSMISSION
Frederick A. Lovejoy, Esq.
Lovejoy & Associates
1536 Westminster Street
Providence, RI 02909

VIA ELECTRONIC TRANSMISSION
Norman Peloquin, Esq.
Saunders & Saunders, LLP
16 Main Road
P.O. Box 65
Adamsville, RI 02801

VIA FIRST-CLASS MAIL
Lawrence B. Brennan, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
150 East 42nd Street
New York, New York 10017

VIA FIRST-CLASS MAIL
Francis J. Flanagan, Esq.
Sayer, Regan, Thayer & Flanagan
130 Bellevue Avenue
Newport, RI 02840

VIA FIRST-CLASS MAIL
Gregory D. Bellantone, Esq.
Edelman, Krasin & Jaye, PLLC
One Old Country Road, Suite 210
Carle Place, New York 11514

/s/ Justin T. Shay

G:\cmc\Bottega\pldgs\moenlarge.doc