UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

----------------------------------------------------------X
JACQUELINE BOTTEGA,
Plaintiff,

v.

EDGAR YACHT MANAGEMENT, INC., and
LOLA MARINE LTD.,
Defendants.
----------------------------------------------------------X
LOLA MARINE, LTD.,
Third-Party Plaintiff,
v.

J. W. KAEMPFER,
Third-Party Defendant.
----------------------------------------------------------X

CIVIL ACTION
No. 04-323ML

May 30, 2007

STIPULATION OF DISCONTINUANCE
PURSUANT TO FED. R. CIV. P., RULE 41(a)(1)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein, that the above-entitled action is discontinued, with prejudice, and without costs, attorneys fees or interest to any party.

Dated: Providence, Rhode Island
May 30, 2007

Lovejoy & Associates
Attorneys for Defendant,
Lola Marine, Ltd.

By: /s/ Frederick A. Lovejoy
Frederick A. Lovejoy (Bar No. 5313)
1536 Westminster Street
Providence, Rhode Island 02909
(401) 273-7747
(401) 273-4818 telefax

Dated: New York, New York
May 30, 2007

J.W. KAEMPFER

By: /s/ Lawrence B. Brennan
Lawrence B. Brennan (admitted pro hac vice)
Wilson, Elser, Moskowitz, Edelman &
Dicker, LLP
150 East 42nd Street
New York, New York 10017

Dated: Newport, RI
May 30, 2007

J.W. KAEMPFER

By: /s/ Francis J. Flanagan
Francis J. Flanagan, Esq. (Bar No. 4858)
Sayer Regan Thayer & Flanagan
130 Bellevue Avenue
Unit 2
Newport, Rhode Island 02840-7424

Dated: Carle Place, NY
May 30, 2007

JACQUELINE BOTTEGA

By: /s/ Paul B. Edelman
Paul B. Edelman (admitted pro hac vice)
EDLEMAN, KRASIN & JAYE, PLLC
One Old County Road, Suite 210
Carle Place, New York 11814

Dated: Providence, RI
May 30, 2007

JACQUELINE BOTTEGA

By: /s/ Justin T. Shay
Justin T. Shay, Esq. (Bar No. 2781)
Cameron & Mittleman
56 Exchange Terrace
Providence, RI 02903

Dated: New Bedford, MA
May 30, 2007

EDGAR YACHT MANAGEMENT, INC.

By: /s/ Norman A. Peloquin, II
Norman A. Peloquin, II, Esq. (Bar No. 4146)
NORMAN A. PELOQUIN, II P.C.
16 Main Road, P.O. Box 65
Adamsville, RI 02801
As Attorneys-in-Fact

BottegaDiscontinuance.doc

CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on May 30, 2007, postage prepaid, to:

Paul B. Edelman, Esq.
Edelman, Krasin & Jaye, PLLC
Suite 210
One Old country Road
Carle Place, NY 11514

Lawrence Brennan, Esq.
Wilson Elser Moskowitz Edelman & Dicker
150 E 42nd Street Floor 19
New York, New York 10017-5639

Francis J. Flanagan, Esq.
Sayer Regan Thayer & Flanagan
130 Bellevue Avenue
Unit 2
Newport, Rhode Island 02840-7424

Norman A Peloquin, II, Esq.
Saunders & Saunders, LLP
700 Pleasant Street
New Bedford, Massachusetts 02740

Justin T. Shay, Esq.
Cameron & Mittleman
56 Exchange Terrace
Providence, RI 02903

______________________________
Frederick A. Lovejoy